### IN THE U.S DISTRICT COURT
### FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| TOBIE MORGAN, et al. | * | |
| | * | |
| Plaintiffs, | * | |
| v. | * | CIVIL CASE #: 11-CV-01667 WMN |
| | * | |
| SAFEWAY, INC | * | |
| | * | |
| Defendant. | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### MOTION FOR LEAVE TO WITHDRAW

Plaintiff's counsel George A. Rose and Rose Law Firm LLC, pursuant Local Rule 101(2), moves this Court for an order withdrawing our appearance as counsel for the Plaintiff, Tobie Morgan, in this action.  In support of this motion, counsel refers the Court to the contemporaneously-filed Certificate of Withdrawal.

Dated: June 28, 2012

Respectfully submitted,

_____/s/_____
George A. Rose, Esq.
Federal Bar # 26086

Rose Law Firm, LLC
200 E. Lexington St., Suite 800
Baltimore, Md. 21202
Phone: 410-727-7555
Fax: 443-320-0962
Email: grose@roselawfirm.net

Attorney for Plaintiff

IN THE U.S DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| TOBIE MORGAN, et al. | * | |
| | * | |
| Plaintiffs, | * | |
| v. | * | CIVIL CASE #: 11-CV-01667 WMN |
| | * | |
| SAFEWAY, INC | * | |
| | * | |
| Defendant. | * | |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * *

## CERTIFICATION OF WITHDRAW

George A. Rose and Rose Law Firm, LLC, ("Rose Law Firm") have moved this Court for leave to withdraw as counsel for Plaintiff Tobie Morgan in this matter. In support of this motion, undersigned counsel states as follows:

1. Substantive irreconcilable differences have developed and exist between Plaintiff and undersigned counsel. These differences likely bear on undersigned counsel's duty to this tribunal.

2. Undersigned counsel has acted in accordance with this Court's local rules, including mailing Plaintiff written notice, at least seven (7) days before the filing of the Motion For Leave To Withdraw, advising Plaintiff of undersigned counsel's proposed withdrawal and notifying and or advising the Plaintiff, either (1) to obtain another attorney or (2) to notify the Clerk of this Court in writing of the Plaintiff's intention to represent herself, if Plaintiff intends to maintain this action.

3. Undersigned counsel has notified and fully informed Plaintiff of undersigned counsel's intention to withdraw as counsel, and undersigned counsel's duty

to Plaintiff as a client, and to this tribunal. As of this time, undersigned counsel is not aware of any prejudice that Plaintiff would suffer as a result of the withdrawal.

    4.    The Plaintiff's last known address is 5102 Hillen Road, Baltimore Maryland, 21239.

WHEREFORE, undersigned counsel respectfully requests this Court to grant undersigned counsel's Motion for Leave to Withdraw from the representation of the Plaintiff in this matter.

Date: June 28, 2012

Respectfully submitted,

_____/s/_____
George A. Rose, Esq.
Federal Bar # 26086

Rose Law Firm, LLC
200 E. Lexington St., Suite 800
Baltimore, Md. 21202
Phone: 410-727-7555
Fax: 443-320-0962
Email: grose@roselawfirm.net

Attorney for Plaintiff

2